JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

DEREK R. OWENS (CABN 230237)
Assistant United States Attorney

   450 Golden Gate Avenue, 11th Floor
   San Francisco, California 94102
   Telephone: (415) 436-6488
   Fax: (415) 436-7234
   Email: Derek.Owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE EMILIANO VANEGAS-SERRANO,<br><br>    Defendant. | No. CR 08-0777 VRW<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING HEARING AND<br>EXCLUDING TIME UNDER THE<br>SPEEDY TRIAL ACT FROM DECEMBER<br>18, 2008 TO JANUARY 29, 2009 |

    On December 4, 2008, the parties in this case appeared before the Court for an initial status hearing and the parties represented that this is what is commonly referred to as a "1326 fast-track" case. Since that hearing, the U.S. Probation Office has been contacted and it has commenced the preparation of a modified presentence report (PSR), however it will not be completed until mid-January. The parties jointly and respectfully request that the hearing scheduled for December 18, 2009 at 2:00 p.m. be continued to January 29, 2009, at 2:00 p.m. for a change of plea hearing and summary sentencing. That amount of time will allow the U.S. Probation Office to complete the PSR, and allow the defendant to complete his review and

STIP. AND ORDER
CR 08-0777 VRW

investigation into the matter.

The parties agree that granting the continuance is the reasonable time necessary for effective preparation and continuity of defense counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv). The parties also agree that the ends of justice served by granting such a continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

JOSEPH P. RUSSONIELLO
United States Attorney

DATED: 12/17/2008         /s/ Derek Owens
                          _____
                          DEREK R. OWENS
                          Assistant United States Attorney

DATED: 12/17/2008         /s/ Ronald Tyler
                          _____
                          RONALD TYLER
                          Attorney for Mr. VANEGAS-SERRANO

The status hearing previously scheduled for December 18, 2008, is hereby continued to 2:00 p.m. on January 29, 2009, before the Honorable Vaughn R. Walker. The Court also finds that an exclusion of time between December 18, 2008 through January 29, 2008 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for the continuity of counsel and effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: 12/19/2008         _____
                          THE HONORABLE VAUGHN R. WALKER
                          United States District Judge

IT IS SO ORDERED
Judge Vaughn R Walker
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIP. AND ORDER
CR 08-0777 VRW                                2